### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,           :
                                    :
            Plaintiff,              :
                                    :
      v.                            :   Case No. 08- 01 PO
                                    :
ANTHONY DELILLIO,                   :
                                    :
            Defendant.              :

## MISDEMEANOR INFORMATION

The United States Attorney for the District of Delaware alleges and charges that:

## COUNT ONE

On or about January 11, 2008, in the State and District of Delaware, Anthony DELILLIO, defendant herein, knowingly and wilfully did obstruct and retard the passage of the mail, in that he did unlawfully open, tamper with, and dispose of mail, in violation of Title 18, United States Code, Section 1701.

                              COLM F. CONNOLLY
                              United States Attorney

                              BY: _____
                              Lesley F. Wolf
                              Assistant United States Attorney

Dated:  April 3, 2008



FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2008 APR -3 PM 1:56