**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 08-01PO-LPS |
| ANTHONY DELILLIO, | : | |
| Defendant. | : | |

**MOTION FOR A SCHEDULING CONFERENCE**

  The United States, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and Lesley F. Wolf, Assistant United States Attorney for the District of Delaware, hereby moves the Court to set a scheduling conference in the above-captioned case for the reasons set forth below.

  1.  The government filed a misdemeanor information against defendant on April 3, 2008.

  2.  No pre-trial motions have been filed as of the date of this application.

WHEREFORE, the United States respectfully asks the Court to set a date for a scheduling conference in order to address the scheduling of trial in this matter. A proposed form of order is attached for the Court's convenience.

                Respectfully submitted,

                COLM F. CONNOLLY
                United States Attorney

By:    s/Lesley F. Wolf
       Lesley F. Wolf
       Assistant United States Attorney
       1007 Orange Street, Suite 700
       P.O. Box 2046
       Wilmington, Delaware 19899-2046

DATED:    June 4, 2008

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 08-01P0-LPS |
| ANTHONY DELILLIO, | : | |
| Defendant. | : | |

## ORDER

IT IS HEREBY ORDERED this ___ day of _____, 2008, that

1. A scheduling conference in this matter will be held on the _____ day of _____ at _____.m. in Courtroom 2A, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware;

2. Because the Court finds that a brief continuance in this matter to permit the Court and the parties to meet and confer on the further scheduling of this case outweighs the interest of the defendant and the public in a speedy trial, IT IS FURTHER ORDERED that the time between the date of this Order and the date of the scheduling conference are excluded from computation of the Speedy Trial Act in the interests of justice, 18 U.S.C. § 3161(h)(8)(A).

_____
HONORABLE LEONARD P. STARK
UNITED STATES MAGISTRATE JUDGE