UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>           Plaintiff, )<br>                    )<br>   vs.                    )   CASE NO. 08-01-PO<br>                    )<br>ANTHONY DELILLIO, )<br>                    )<br>           Defendant. ) | |

**O R D E R**

And now this **20th** day of **June, 2008**,

IT IS HEREBY ORDERED that a combined plea and sentencing hearing for the above defendant is scheduled for **Thursday, October 2nd, 2008 at 1:00 p.m.**, in Courtroom 2A of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware before the Honorable Leonard P. Stark.

IT IS FURTHER ORDERED that the time between the date of this order and **October 2nd, 2008** shall be excludable under the Speedy Trial Act in the interests of justice ( 18 U.S.C. 3161 et, seq.).

**Honorable Leonard P. Stark**
**U.S. Magistrate Judge**

cc: Defense Counsel
    United States Attorney